IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES BROTEN,

    Plaintiff,

v.                                                CASE NO. 1:04-cv-00066-MP-AK

DONALD G FOREMAN,
UNKNOWN OFFICERS, US MARSHALS SERVICE,
US MARSHALS SERVICE CHIEF, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 32, Report and Recommendations of the Magistrate Judge, recommending that this matter be dismissed without prejudice to allow the plaintiff to exhaust administrative remedies.  The plaintiff filed objections, in which he contends that he filed a SF-95 Tort Claim form, which he contends was the appropriate written request to file with regard to a property seizure by the United States Marshal's service.  Plaintiff claims that the Marshal's service has failed to respond to the claim form.  Accordingly, this matter is remanded to the Magistrate Judge to determine if the document referred to by plaintiff in his objections is sufficient to constitute an exhaustion of administrative remedies.

    **DONE AND ORDERED** this  *23rd*   day of June, 2005

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge