IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES BROTEN,

    Plaintiff,

v.                                                                       CASE NO. 1:04-cv-00066-MP-AK

US MARSHALS SERVICE, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 40, Report and Recommendations of the Magistrate Judge, recommending that this cause be dismissed for failure to exhaust administrative remedies pursuant to 28 U.S.C. § 2675(a) . Previously, the Magistrate Judge recommended that this cause be dismissed because Plaintiff had failed to exhaust administrative remedies with regard to claims raised under the Federal Tort Claims Act. (Doc.32). Plaintiff objected to the report claiming that he had in fact attempted to exhaust claims, and the matter was referred back to the Magistrate Judge "to determine if the document referred to by plaintiff in his objections [SF- 95 Tort Claim form] is sufficient to constitute an exhaustion of administrative remedies." (Doc. 35). The Magistrate Judge entered a show cause order requesting that Plaintiff file a response detailing his efforts to exhaust and submitting his proof thereof on or before March 31, 2006. (Doc. 39). There was no response to the show cause order.

Consequently, the Magistrate Judge filed the Second Report and Recommendation, recommending dismissal for failure to follow an order of the Court. The plaintiff then filed an objection, claiming that he had filed a certain request for documents but had not yet received them. Plaintiff's objection, however, fails to explain why he did not respond in any way to the

order to show cause.  Since it is plaintiff's burden to prove exhaustion, and plaintiff has declined his chance to do so in this case, the Court agrees with the Magistrate Judge that this matter is properly dismissed.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *6th*   day of July, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge